**JUDGE KATHLEEN CARDONE**



FILED
2023 NOV 28  PM 3:44

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Dwayne Keith Anderson
_Petitioner_

v.

Case No. **EP23CV0431**
_(Supplied by Clerk of Court)_

Warden FPC La Tuna
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: Dwayne Keith Anderson
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Federal Prison Camp La Tuna
   (b) Address: PO BOX 8000, Anthony Texas 88021
   (c) Your identification number: 97004-509
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: US District Court of Arizona, Phoenix Division
   (b) Docket number of criminal case: CR-22-00277-003-PHX
   (c) Date of sentencing: 8-07-2023
   ☐ Being held on an immigration charge
   ☒ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: __US Dist. Court of Arizona Phoenix, AZ__
   (b) Docket number, case number, or opinion number: __CR-22-00277-003-PHX__
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

   (d) Date of the decision or action: __8-07-2023__

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy? Unavailable due to complete VOID judgment from District Court
   ☐ Yes    ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: __Appeal cannot be made on a void judgment. It is not final for 28 USC 1291 "final decision" purposes.__

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes    ☐ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: **AS ABOVE**

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes     x ☒ No
   (a) If "Yes," provide:     As ABOVE
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a third appeal: **N/A**

10. **Motion under 28 U.S.C. § 2255**
    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes     ☒ No
    If "Yes," answer the following:
    (a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes     ☐ No

Page 4 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: N/A
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes     x☒ No     N/A
If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: 2255 legislature exists to correct a sentencing error(s), yet presumes the Court's Article III competency existed over the conviction. In this instance, no such authority existed. As such, the District Court, lacks in Article III authority to remedy this illegal detention.

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes     ☒☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes     ☐ No

Page 5 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

 (d) Did you appeal the decision to the United States Court of Appeals?
  ☐ Yes    ☒ No
  If "Yes," provide:
  (1) Name of court: _____
  (2) Date of filing: _____
  (3) Case number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

Page 6 of 9

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Original Court lacked in Article III authority due to Government's lack of standing to bring suit. In short, no cognizable legal injury existed. Lacking in such, the US Govt. Lacked in "Standing"

(a) Supporting facts (Be brief. Do not cite cases or law.):
18 USC 3041 limits arrest and detention, only for "Any offense against the United States;" (in part)

ATF Background checks (2x) gave "green light" to sell firearm in question. Hypothetical "harm" to ATF?

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** District Court failed to assure Constitutional protections were maintained. A kourt lacking in competent authority, is violative of Due Process; Authority is basis for court.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Article VI, cl. 2 assures "Supremacy" of US Const. Miranda assures "Due Process" under 4th, 5th, and 6th Amendments; Constitutional "standing" is foundation for federal case.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** District Judge Failed to assure his Oath of Office was upheld. Oath of Office is Defendant's right to ONLY be treated with Constitutional care.

(a) Supporting facts (Be brief. Do not cite cases or law.):
Article III Judicial officers are "duty Bound" to : "..support this Constitution;" (Art. VI, cl. 3)
District Judge, failed to adhere to this Oath and duty.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

CONCLUSION

1)   As an initial matter, the courts must "..support this Constitution;" (Art. VI, cl. 3). Any efforts less than such, deny the Republic for which the U.S.Constitution stands. And so, the Originating court, failed to assure the U.S. Govt. presented a cognizably concrete injury, affording of judicial redress.

2)   While Article III sec 2, cl. 1 "extends" judicial power; 18 U.S.C. 3041 limits that extension of power only to "Any offense against the United States;"(in part). With the ATF - A Federal Agency of the United States - providing the "go ahead" to the sale of a weapon and doing so based on agency back ground check; than how can the United States have concrete, actual injury to a cognizable legal right. (In this case, regulation of firearm sale)

3)   Constitutional rights, to Due Process are assured by Miranda. Said case, originated in this very city. For a Federal judge to in Phoenix to ignore Miranda, when the Case law originated in the very same city? This is not ignorance of law; this is failure to obey the Constitution. Failure to obey the Constitution, is the willingness to destroy the very Constitution itself. This makes for assisting the destruction of the nations foundation itself. Congress makes clear such conducts are in fact to be outlawed, in 50 U.S.C. 841, Congress decrees such actions as clear and present dangers to a Constitutional government.

4) As a court lacking in competent authority is responsible for the creation of a legal nullity; then the only resolution is to present the traditional writ of habeas corpus, going back to the beginning of the nations formation. Accordingly, this writ is to be treated as a civil rights complaint, as Congress intended it to be. Petitioner respectfully request this court recognize the Venue jurisdicional requirement, which necessitates that claims of illegal detention, in violation of the Constitution, be made within the district of confinement. This District is such distric

5) Accordingly, the Petitioner ask this court to GRANT this, his request for IMMEDIATE release due to illegal detention, as noted.

All facts are true and submitted under penalty of perjury this day of November 2023, under the laws of the United States of America. (28 U.S.C. 1746)

*[signature]*
Dwayne Keith Anderson
FPC La Tuna
PO BOX 8000
Anthony, TX 88021

Inmate Legal Mailing

CC: Local AUSA for El Paso, via PACER's ECF, CIP's inmate service Rule.

